IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAPE VENTURES, INC., <br><br>　　　　Plaintiff/Counter Defendant, <br><br>vs. <br><br>KAREN RICHTER, an individual; <br><br>　　　　Defendant/Counter Claimant. | 8:19CV424 <br><br> ORDER |

　　　This matter is before the Court on the Motion for Leave to Withdraw as Counsel (Filing No. 50) filed by Marcia A. Washkuhn and Kasey M. Cappellano, counsel for the defendant/counter claimant, Karen Richter. Counsel represent that the parties have settled this matter and Ms. Richter has chosen to represent herself through the conclusion of the settlement process in order to avoid further fees and expenses associated with having counsel represent her through the conclusion of this matter. After review of the motion, and upon the notice of settlement,

　　**IT IS ORDERED:**

1. The Motion for Leave to Withdraw as Counsel (Filing No. 50) filed by Marcia A. Washkuhn and Kasey M. Cappellano, counsel for the defendant/counter claimant, Karen Richter, is granted.

2. Counsel shall immediately serve a copy of this Order on Ms. Richter and thereafter file proof of service showing compliance with this Order, listing the name and address of the person to whom notice was sent. Counsel will not be relieved of applicable duties to the Court, Ms. Richter, and opposing counsel until proof of service is filed.

3. Upon filing of proof of service pursuant to Paragraph 2 of this Order, Ms. Richter will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, unless substitute counsel enters a written appearance on her behalf. If substitute counsel does not enter a written appearance, Ms. Richter shall provide the Clerk of Court her current address and telephone number **within five days of being served with this Order**.

4. Ms. Richter may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Ms. Richter must comply with all case progression deadlines, orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in

    the imposition of sanctions, including payment of costs, attorneys' fees, and/or dismissal of the case.

5. Upon submission of proof of service as described in Paragraph 2 of this Order, Marcia A. Washkuhn and Kasey M. Cappellano's appearance as counsel of record for Ms. Richter will be terminated, and the Clerk of Court shall terminate electronic notice to that attorney in this case.

**IT IS FURTHER ORDERED**:

1. On or before **November 13, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 7th day of October, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge