IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAPE VENTURES, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KAREN RICHTER, an individual;<br><br>　　　　　　Defendant. | **8:19CV424**<br><br>**ORDER** |

　　　　This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 53).  This Court finds that the Joint Stipulation should and shall be sustained and that all claims by all parties are dismissed with prejudice.

　　　　IT IS SO ORDERED.

　　　　Dated this 9th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge